```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL TUNO, et al.              :    CIVIL ACTION
                                  :
                                  :
          v.                      :
                                  :
NWC WARRANTY CORPORATION,         :
et al.                            :    NO. 11-3958
```

ORDER

AND NOW, this 31st day of July, 2013, upon consideration of defendants NWC Warranty Corporation, NWC Administration, Inc., National Warranty Corporation, and Diana Hagmaier's motion for summary judgment (docket entry # 33); plaintiffs Michael Tuno and World Class Dealer Services' response in opposition thereto (docket entry # 34); the plaintiffs' second motion to compel (docket entry # 30); and the defendants' response in opposition thereto (docket entry # 31), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

       1.   Plaintiffs Michael Tuno and World Class Dealer Services' second motion to compel is DENIED;

       2.   Defendants NWC Warranty Corporation, NWC Administration, Inc., National Warranty Corporation, and Diana Hagmaier's motion for summary judgment (docket entry # 33) is GRANTED IN PART, as follows:

          a.   With respect to plaintiffs Michael Tuno and World Class Dealer Services' claim, the motion is GRANTED; and

          b.   With respect to defendants NWC Warranty Corporation, NWC Administration, Inc., National Warranty Corporation, and Diana Hagmaier's counterclaim, the motion is DENIED;

3.   Defendants NWC Warranty Corporation, NWC Administration, Inc., National Warranty Corporation, and Diana Hagmaier's counterclaim is DISMISSED WITHOUT PREJUDICE as we decline to exercise our supplemental jurisdiction as to it; and

4.   The Clerk of Court shall CLOSE this case statistically.

                             BY THE COURT:

                             <u>/s/ Stewart Dalzell, J.</u>
                             Stewart Dalzell, J.